UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In the Matter of the Complaint of ) <br> ) <br> BOAT AARON & MELISSA, INC., as owner of ) <br> the F/V EMMY ROSE (O.N. 909149), a 80' fishing ) <br> vessel, for Exoneration From, or Limitation of ) <br> Liability. ) | Civil Action No.: <br><br> IN ADMIRALTY |

## VERIFIED COMPLAINT

Plaintiff, Boat Aaron & Melissa, Inc. ("BAM"), as owner of the F/V EMMY ROSE (O.N. 909149), an 80' fishing vessel ("Vessel"), petitions this Honorable Court for Exoneration from or Limitation of Liability pursuant to the Limitation of Shipowner's Liability Act, 46 U.S.C. §§ 30501 through 30512, and Supplemental Rule F of the Federal Rules of Civil Procedure, averring as follows:

### JURISDICTION

1. This is a Complaint for Exoneration from and/or Limitation of Liability pursuant to 46 U.S.C. §§ 30501, *et seq*., and Supplemental Admiralty Rule F. This Court has admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1333.

### VENUE

2. Venue is proper in the District of Maine pursuant to Supplemental Rule F(9) because the Vessel is not within any district and no suit has been commenced in any district and as such the complaint may be filed in any district. Further, BAM is a Maine corporation, most of the witnesses are within the District, and the Vessel was home-ported within the District.

## PARTIES

3. BAM is a Maine Corporation with a principal office in Maine.

4. BAM is the owner of the Vessel.

5. Upon information and belief, Robert Blethen, Jr. ("Blethen"), is a Maine resident.

6. Upon information and belief, Jeffrey Matthews ("Matthews"), is a Maine resident.

7. Upon information and belief, Ethan Ward ("Ward"), is a Maine resident.

8. Upon information and belief, Michael Porper ("Porper"), is a Massachusetts resident.

## STATEMENT OF FACTS

9. On November 18, 2020, the Vessel departed the port of Portland, Maine, on a fishing trip with Blethen as captain and Matthews, Ward and Porper as the crew.

10. At all material times prior to its casualty, the Vessel, its appurtenances and crew were seaworthy, tight, staunch, strong and fit.

11. During the evening hours of November 22, 2020, the crew of the Vessel communicated with various individuals, in essence stating that the Vessel was headed to Gloucester, Massachusetts, to unload its catch without any mention of any problems with the Vessel.

12. At approximately 0130 hours on November 23, 2020, the Vessel's EPIRB emitted an emergency ping at a location in the Atlantic Ocean, approximately 27 nautical miles Northeast of Provincetown, Massachusetts, that was heard and recorded by the United States Coast Guard ("USCG").

13. The USCG undertook immediate and extensive efforts to locate the Vessel and crew.

14. Unfortunately, the USCG called off the rescue efforts on November 24, 2020, declaring the crew lost at sea and presumed dead.

15. At all times material hereto, the Vessel and its appurtenances were operated and utilized in a seaworthy fashion by BAM.

16. The post-casualty value of the F/V EMMY ROSE where she lies in approximately 800 feet of water in the Atlantic Ocean is $0.00. There was no freight pending at the time of the sinking.

17. The loss of the Vessel and any and all deaths, injuries, damages, and losses claimed to have resulted therefrom, were not caused or contributed to by any breach of applicable statutes or regulations, or any unseaworthiness, fault, neglect, or lack of reasonable care by or on the part of the Vessel or BAM.

18. Alternatively, any breach of applicable statutes or regulations, or any unseaworthiness, fault, neglect, or lack of reasonable care by or on the part of the Vessel or BAM that might have contributed to any and all alleged deaths, injuries, damages, and losses were occasioned and incurred without the privity or knowledge of BAM and/or were occasioned and incurred due to the fault of third-parties for which BAM is not responsible.

19. Both Porper and Matthews, through their respective counsel, have provided notices of claim by way of written communications, with the earlier communication coming on November 27, 2020.

20. Pursuant to Supplemental Rule F(1), this Complaint is timely filed.

21. BAM does not know the total amount of the claims that may be made for deaths, injuries, damages, and losses that resulted from the sinking.

22. BAM expects that formal claims based on those deaths, injuries, damages, and losses will be presented in due course and that the total claims will exceed the limitation fund.

23. According to the Declaration of Neil Rosen, filed herewith, the Vessel is a total loss with a post-casualty value of $0.00.

## EXONERATION/LIMITATION

24. BAM seeks exoneration from liability for any and all deaths, injuries, damages, and losses of any kind arising from the loss of Vessel on the Atlantic Ocean on or about November 23, 2020, as well as any other claimed losses incurred by others that have been and/or may hereafter be made and avers that it has valid defenses on the facts and the law.

25. BAM alternatively seeks limitation of its liability pursuant to the Limitation of Shipowner's Liability Act, 46 U.S.C. § 30501 *et. seq.*, Supplemental Rule F, the various statutes amendatory thereof and supplementary thereto, and case law, and to that end it files herewith a Stipulation re: Security for costs equal to $1,000.00 for payment into Court as ordered.

## RELIEF SOUGHT

WHEREFORE Plaintiff, Boat Aaron and Melissa, Inc., requests the following relief:

1. The Court approve Plaintiff's Security for Costs ($1,000.00) in the total amount of $1,000.00, which represents (a) the zero value of the F/V EMMY ROSE after the on-or-about November 23, 2020, sinking and (b) Plaintiff's obligation to give costs, in compliance with Supplemental Rule F(1) of the Federal Rules of Civil Procedure;

2. That on approving that security, the Court enter an injunctive order pursuant to Supplemental Rule F(3) and 46 U.S.C. § 30511(c) ceasing and enjoining all lawsuits, causes of action, and claims against Plaintiff and its property arising from the on-or-about November 23, 2020, sinking, except in this civil action;

3. That Plaintiff serves a copy of that injunctive order on the persons to be enjoined or their lawyer;

4. That the Court enter an order directing the issuance of a Notice to claimants, pursuant to Supplemental Rule F(4);

5. That the Court adjudge Plaintiff not liable for any and all deaths, injuries, damages, or losses arising from the sinking and other losses sustained but if Plaintiff is held liable in any part, its liability shall be limited at a maximum to the zero value of the F/V EMMY ROSE after the on-or-about November 23, 2020, sinking, and that Plaintiff be discharged from any such liability upon the surrender of such interest, and that the money surrendered, secured, or to be paid as aforesaid be divided pro rata among such claimants as may duly prove their claims, saving to all parties any priorities to which they may be legally entitled, and that judgment may be entered discharging Plaintiff from all further liability; and

6. That Plaintiff be provided such other and further relief as the Court may deem just and proper.

    Respectfully submitted,
    BOAT AARON & MELISSA, INC.,
    By its counsel,

    /s/ David S. Smith
    David S. Smith
    FARRELL SMITH O'CONNELL
    AARSHEIM APRANS, LLP
    27 Congress St., Suite 109
    Salem, MA 01970
    978-744-8918 (Tel)
    978-666-0383 (Fax)
    dsmith@fsofirm.com

## VERIFICATION

    I, Bartley McNeel, President of the Boat Aaron & Melissa, Inc. being duly sworn depose and state: Boat Aaron & Melissa, Inc. is the owner of the F/V EMMY ROSE (O.N. 909149), an 80' fishing vessel. I have read the foregoing Complaint and know the contents thereof and the same are true of my own knowledge, except as to those matters therein stated on information and belief, and as to those matters, I believe it to be true. Pursuant to 28 USC §1746, I, Bartley McNeel, declare under penalty of perjury that the foregoing is true and correct.

    Executed this 16 day of December, 2020.

                                                                                    Boat Aaron & Melissa, Inc.
                                                                                    By: Bartley McNeel
                                                                                    Its: President