UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In the Matter of the Complaint of ) <br> BOAT AARON & MELISSA, INC., ) <br> as owner of ) <br> the F/V EMMY ROSE (O.N. 909149), ) <br> a 80' fishing vessel, ) <br> for Exoneration From, or Limitation ) <br> of Liability. ) | 2:21-cv-001-JAW <br><br> IN ADMIRALTY |

**ORDER RESTRAINING SUITS, APPROVING PLAINTIFF'S VALUATION OPINION AND DEPOSIT OF SECURITY, AND DIRECTING ISSUE OF NOTICE AND THE FILING OF CLAIMS**

**WHEREAS**, a Verified Complaint having been filed herein on January 4, 2021 by Plaintiff, Boat Aaron & Melissa, Inc., as owner of the F/V EMMY ROSE (O.N. 909149), an 80' fishing vessel ("Vessel"), pursuant to 46 U.S.C. §§ 30501, et seq. and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure concerning any alleged claims, damages, and/or losses arising out of the loss of the Vessel on or about November 23, 2020, as more fully described in the Complaint;

**WHEREAS**, the Complaint states the facts and circumstances upon which Exoneration from or Limitation of Liability are claimed;

**WHEREAS**, the Complaint and Valuation Opinion establish that the value of the Plaintiff, Boat Aaron & Melissa, Inc.'s interest in the Vessel and her pending freight did not exceed the sum of $0.00 after the incident;

**WHEREAS**, it appears that claims and/or suits may be filed against the Plaintiff, Boat Aaron & Melissa, Inc., and/or the Vessel for losses, damages,

casualties, or injuries alleged to have been sustained during the voyage upon which the Vessel was then engaged; and,

**WHEREAS**, the Plaintiff, Boat Aaron & Melissa, Inc., will deposit with the Court within thirty (30) days of this Order the amount of $250.00 as security for costs in accordance with Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

NOW, upon motion of Farrell Smith O'Connell Aarsheim Aprans LLP, as attorneys for Plaintiff Boat Aaron & Melissa, Inc.:

**IT IS HEREBY ORDERED** that the security for costs in the amount of $250.00 deposited by the Plaintiff, Boat Aaron & Melissa, Inc., with the Clerk of the Court as provided by Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure is approved as sufficient security for costs; and,

**IT IS FURTHER ORDERED** that any claimant in these proceedings may express, by written notice filed with the Court and served upon all parties of record, its dissatisfaction with the Valuation Opinion. In this event, the Plaintiff, Boat Aaron & Melissa, Inc., shall within thirty (30) days of entry of an order by the Court rejecting the appraised value in the Valuation Opinion, cause security to be posted in the form provided by Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure and satisfactory to this Court failing which the injunction entered concurrently herewith will be

vacated as to all claimants, and the Court will make such further orders as justice may require; and,

**IT IS FURTHER ORDERED** that a Notice shall be issued by the Clerk of the Court to all persons asserting claims or suits with respect to which the Complaint seeks Exoneration of Limitation of Liability admonishing them to file their respective claims with the Clerk of this Court, in writing, and to serve on the attorneys for the Plaintiff Boat Aaron & Melissa, Inc. a copy thereof, ON OR BEFORE THE 1ST DAY OF March, 2021, or be defaulted; and that if any claimant desires to contest either the right to Exoneration from or the right to Limitation of Liability, such claimant shall file and serve on the attorneys for the Plaintiff, Boat Aaron & Melissa, Inc., Farrell Smith O'Connell Aarsheim Aprans LLP at 27 Congress Street, Suite 109, Salem, Massachusetts 01970, an Answer to the Complaint on or before the above referenced date, unless the claim has included an Answer to the Complaint, so designated, or be defaulted; and,

**IT IS FURTHER ORDERED** that the above referenced Notice shall be published in the *Portland Press Herald* newspaper with general circulation in the District of Maine once a week for four (4) weeks before the return date of said Notice, as provided in the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure and not later than the day of second publication Plaintiff shall also mail a copy of the Notice to every person or their attorney known to have made any claim against the Vessel or the Plaintiff, Boat

Aaron & Melissa, Inc. arising out of the voyage or trip on which the claims sought to be limited arose; and

**IT IS FURTHER ORDERED,** that a copy of such Notice shall be mailed to the decedents at the decedents' last known addresses, and also to any person who shall be known to have made any claim on account of such death or to their respective attorneys; and

**IT IS FURTHER ORDERED** that the further prosecution of all actions, suits, and proceedings already commenced and the commencement or prosecution hereafter of any and all suits, actions or proceedings of any nature and description whatsoever in any court of any jurisdiction, or otherwise, against the Vessel owner, and/or the Vessel, and the taking of any steps and the making of any motion in such actions, suits or proceedings except in this action, to recover damages for or in respect of the casualty more fully described in the Complaint, be and they are hereby restrained, stayed and enjoined until the hearing and determination of this action, and all warrants of arrest and/or attachment issued or sought in such other suits, actions or legal proceedings be and the same are hereby dissolved and further warrants of arrest and/or attachment are hereby prohibited; and,

**IT IS FURTHER ORDERED** that service of this Order as a Restraining Order be made through the United States Post Office or by Federal Express by mailing a true and correct copy hereof to the person or persons to be restrained, or to their respective attorneys.

SO ORDERED.

/s/ John A. Woodcock, Jr.<br>
JOHN A. WOODCOCK, JR.<br>
UNITED STATES DISTRICT JUDGE

Dated this 21st day of January, 2021.