UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In the Matter of the Complaint of ) | |
| ) | |
| BOAT AARON & MELISSA, INC., as owner of ) | Civil Action No.: 2:21-CV-001-JAW |
| the F/V EMMY ROSE (O.N. 909149), a 80' fishing ) | |
| vessel, for Exoneration From, or Limitation of ) | IN ADMIRALTY |
| Liability. ) | |

## NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

**PLEASE TAKE NOTICE** that Boat Aaron & Melissa, Inc., as Owner of the F/V EMMY ROSE (O.N. 909149), an 80' fishing vessel, has filed a Complaint claiming the right to Exoneration from or Limitation of Liability ("Complaint") pursuant to U.S. Maritime law, the vessel owner's Limitation of Liability Act, 46 U.S.C. §§ 30501, *et seq.,* involving admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure for all claims, injuries, losses, damages, and/or expenses arising out of the loss of the Vessel on or about November 23, 2020 in the Atlantic Ocean, as more fully described in the Complaint;

**PLEASE TAKE FURTHER NOTICE** that all persons, firms, entities, or corporations, having any claim or suit against Plaintiff arising or resulting from the casualty as described in the Complaint must file a Claim as provided for in Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the United States Courthouse, District of Maine, 156 Federal Street Portland, Maine 04101, and must deliver or mail to the attorneys for the Plaintiff, David S. Smith, Farrell Smith O'Connell 27 Congress Street, Suite 109, Salem, Massachusetts 01970 a copy on or before the **1st DAY OF MARCH, 2021** or be defaulted. Personal attendance is not required. Further, any claimant desiring to contest Plaintiff's right either to Exoneration from or Limitation of Liability shall file an Answer to the Complaint on or before the aforesaid date as required by Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and deliver or mail a copy to the attorneys for the Plaintiff, or be defaulted.

Dated this 21st day of January, 2021        /s/ Teagan Snyder
                                            DEPUTY CLERK