# UNITED STATES DISTRICT COURT
# District of Maine

|   |   |   |
|---|---|---|
| In the Matter of the Complaint of<br><br>BOAT AARON & MELISSA, INC,. as owner of the F/V EMMY ROSE (O.N. 909149), a 80' fishing vessel, for Exoneration From, or Limitation of Liability | ) ) ) ) ) ) ) ) ) ) | 2:21-cv-0001-JAW |

## CLAIM OF JENNIFER WARD AND MATTHEW WARD, PERSONAL REPRESENTATIVES OF THE ESTATE OF ETHAN MATTHEW WARD

Now comes the Claimants, Jennifer Ward and Matthew Ward, personal representatives of the Estate of Ethan Matthew Ward, and states the following:

This Claim is being made under protest and without prejudice to the Claimants contention that Petitioner's Limitation and Exoneration Petition is improper because this court lacks jurisdiction since Petitioner failed to comply with the requirements of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and that the cause of the loss of the F/V EMMY ROSE was without the privity and knowledge of the Petitioner, its agents and/or employees. Based on the foregoing, said Petition for Exoneration from and/or Limitation of Liability should be dismissed and the temporary restraining order should be lifted so Claimants can proceed with a civil suit for damages.

## General Factual Allegations

1. The Claimant, Jennifer Ward, is the mother of Ethan Matthew Ward. Claimant Jennifer Ward is a resident of Pownal, Cumberland County, State of Maine and a personal representative of the Estate of Ethan Matthew Ward.

2. The Claimant, Matthew Ward, is the father of Ethan Matthew Ward. Claimant Matthew Ward is a resident of Callahan, State of Florida and a personal representative of the Estate of Ethan Matthew Ward.

3. Noah Matthew Perry Ward is the minor son of Ethan Matthew Ward.

4. Aleah Sophia Ward is the minor daughter of Ethan Matthew Ward.

5. The Claimants, Jennifer Ward and Matthew Ward, as personal representatives of the Estate of Ethan Matthew Ward bring this claim on behalf and for the benefit of, the Estate of Ethan Matthew Ward, Noah Matthew Perry Ward and Aleah Sophia Ward to recover damages resulting from the injury to and death of the decedent Ethan Matthew Ward.

6. The Petitioner, Boat Aaron & Melissa, Inc. is a corporation duly organized under the laws of the State of Maine.

7. On or about November 23, 2020, the Decedent, Ethan Matthew Ward was employed by the Defendant, Boat Aaron & Melissa, Inc.

8. On or about November 23, 2020, the Decedent, Ethan Matthew Ward was employed by the Defendant, Boat Aaron & Melissa, Inc. as a seaman, and a member of the crew of the F/V EMMY ROSE.

9. On or about November 23, 2020, Boat Aaron & Melissa, Inc. owned the F/V EMMY ROSE.

10. The Defendant, Boat Aaron & Melissa, Inc. chartered the F/V EMMY ROSE from some other person or entity such that on or about November 23, 2020, the Defendant, Boat Aaron & Melissa, Inc. was the owner pro hac vice of the F/V EMMY ROSE.

11. On or about November 23, 2020, Boat Aaron & Melissa, Inc. operated the F/V EMMY ROSE.

12. On or about November 23, 2020, Boat Aaron & Melissa, Inc. or the Defendant's agents, servants, and/or employees controlled the F/V EMMY ROSE.

13. On or about November 18, 2020, the F/V EMMY ROSE departed Portland, Maine on a fishing voyage in a dangerous and unseaworthy condition.

14. On or about November 18, 2020, the Petitioner knew or should have known of the negligent, dangerous and unseaworthy condition of the F/V EMMY ROSE. Said negligence, unseaworthiness and dangerous conditions were within the privity and knowledge of the vessel's owners and operators and existed at the inception of the voyage.

15. Thereafter, on or about November 23, 2020, the F/V EMMY ROSE while in navigable waters in a dangerous and unseaworthy condition and not properly equipped, supplied, stable and/or fit for use as a fishing vessel, the F/V EMMY ROSE, sank.

16. On or about November 23, 2020, while in the in the performance of his duties in the service of the F/V EMMY ROSE, Ethan Matthew Ward sustained personal injuries resulting in pre-death conscious pain and suffering.

17. On or about November 23, 2020, while in the performance of his duties in the service of the F/V EMMY ROSE, Ethan Matthew Ward died.

18. Prior to and at the time he sustained the above-mentioned personal injuries and death, Ethan Matthew Ward, was exercising due care.

**Jurisdiction**

19. This claim is made pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1333. The Claimant seeks relief under the Jones Act, 46 U.S.C., §30104 et. seq. (formerly §688 et. seq.) and General Maritime Law.

**COUNT I**

**JONES ACT NEGLIGENCE**
**Claim of the Estate of Ethan Matthew Ward for Conscious Pain and Suffering**

20. The Claimants, Jennifer Ward and Matthew Ward, reiterates the allegations set forth in paragraph 1 through 19 above.

21. The personal injuries and conscious pain and suffering sustained by Ethan Matthew Ward prior to death, were not caused by any fault on his part but were caused by the negligence of the Defendant, its agents, servants and/or employees.

22. As a result of said injuries, Ethan Matthew Ward suffered pre death conscious pain and suffering.

23. This cause of action is brought pursuant to the Jones Act.

WHEREFORE, the Claimants, Jennifer Ward and Matthew Ward, on Behalf of the Estate of Ethan Matthew Ward, demands judgment against Boat Aaron & Melissa, Inc., for pre death conscious pain and suffering in an amount to be determined by a jury together with interest and costs.

**COUNT II**

**GENERAL MARITIME LAW - UNSEAWORTHINESS**
**Claim of Estate of Ethan Matthew Ward for Conscious Pain and Suffering**

24. The Claimants, Jennifer Ward and Matthew Ward, reiterates the allegations set forth in paragraphs 1 through 19 above.

25. The personal injuries and conscious pain and suffering sustained by Ethan Matthew Ward prior to death were due to no fault of his, but were caused by the unseaworthiness of the F/V EMMY ROSE.

26. As a result of said injuries, Ethan Matthew Ward suffered pre death conscious pain and suffering.

27. This cause of action is brought pursuant to the General Maritime Law for Unseaworthiness.

WHEREFORE, the Claimants, Jennifer Ward and Matthew Ward, on behalf of the Estate of Ethan Matthew Ward, demands judgment against Boat Aaron & Melissa, Inc., for pre death conscious pain and suffering in an amount to be determined by a jury together with interest and costs.

## COUNT III

**JONES ACT NEGLIGENCE**
**Claim of Noah Matthew Perry Ward for Loss of Support, Loss of Nurture and Guidance and Loss of College Education**

28. The Claimants, Jennifer Ward and Matthew Ward, reiterates the allegations set forth in paragraphs 1 through 19 above.

29. Noah Matthew Perry Ward is the son of Ethan Matthew Ward from whom he received support, nurture, guidance and monies for a college education.

30. The death of Ethan Matthew Ward, was not caused by any fault on his part but was caused by the negligence of the Defendant, its agents, servants and/or employees.

31. As a result of the death of Ethan Matthew Ward, Noah Matthew Perry Ward has lost support, nurture, guidance and monies for a college education, and has sustained other pecuniary loss as will be shown at trial.

32. This cause of action is brought pursuant to the Jones Act.

WHEREFORE, the Claimants, Jennifer Ward and Matthew Ward, on behalf of Noah Matthew Perry Ward, demands judgment against the Defendant, Boat Aaron & Melissa, Inc., for loss of support, loss of nurture and guidance and monies for a college education in an amount to be determined by a jury together with interest and costs.

## COUNT IV

### GENERAL MARITIME LAW - UNSEAWORTHINESS
### Claim of Noah Matthew Perry Ward for Loss of Support, Loss of Nurture and Guidance and Loss of College Education

33. The Claimants, Jennifer Ward and Matthew Ward, reiterates the allegations set forth in paragraphs 1 through 19 above.

34. Noah Matthew Perry Ward was the son of Ethan Matthew Ward from whom he received support, nurture, guidance and monies for a college education.

35. The death of Ethan Matthew Ward, was not caused by any fault on his part but was caused by the unseaworthiness of the F/V EMMY ROSE.

36. As a result of the death of Ethan Matthew Ward, Noah Matthew Perry Ward has lost support and nurture and guidance and monies for a college education of Ethan Matthew Ward, and has sustained other pecuniary loss as will be shown at trial.

37. This cause of action is brought pursuant to the General Maritime Law for Unseaworthiness.

WHEREFORE, the Claimants, Jennifer Ward and Matthew Ward, on behalf of Noah Matthew Perry Ward, demands judgment against the Defendant, Boat Aaron & Melissa, Inc., for loss of support, loss of nurture and guidance and monies for a college education in an amount to be determined by a jury together with interest and costs.

## COUNT V

### JONES ACT NEGLIGENCE
### Claim of Aleah Sophia Ward for Loss of Support, Loss of Nurture and Guidance and Loss of College Education

38.     The Claimants, Jennifer Ward and Matthew Ward, reiterates the allegations set forth in paragraphs 1 through 19 above.

39.     Aleah Sophia Ward was the daughter of Ethan Matthew Ward from whom she received support, nurture, guidance and monies for a college education.

40.     The death of Ethan Matthew Ward, was not caused by any fault on his part but was caused by the negligence of the Defendant, its agents, servants and/or employees.

41.     As a result of the death of Ethan Matthew Ward, Aleah Sophia Ward has lost support and nurture and guidance and monies for a college education, and has sustained other pecuniary loss as will be shown at trial.

42.     This cause of action is brought pursuant to the Jones Act.

WHEREFORE, the Claimants, Jennifer Ward and Matthew Ward, on behalf of Aleah Sophia Ward, demands judgment against the Defendant, Boat Aaron & Melissa, Inc., for loss of support, loss of nurture and guidance and monies for a college education in an amount to be determined by a jury together with interest and costs.

## COUNT VI

### GENERAL MARITIME LAW  -  UNSEAWORTHINESS
### Claim of Aleah Sophia Ward for Loss of Support, Loss of Nurture and Guidance and Loss of College Education

43.     The Claimants, Jennifer Ward and Matthew Ward, reiterates the allegations set forth in paragraphs 1 through 19 above.

44. Aleah Sophia Ward was the daughter of Ethan Matthew Ward from whom she received support, nurture, guidance and monies for a college education.

45. The death of Ethan Matthew Ward, was not caused by any fault on his part but was caused by the unseaworthiness of the F/V EMMY ROSE.

46. As a result of the death of Ethan Matthew Ward, Aleah Sophia Ward has lost support, nurture, guidance and monies for a college education of Ethan Matthew Ward, and has sustained other pecuniary loss as will be shown at trial.

47. This cause of action is brought pursuant to the General Maritime Law for Unseaworthiness.

WHEREFORE, the Claimants, Jennifer Ward and Matthew Ward, on behalf of Aleah Sophia Ward, demands judgment against the Defendant, Boat Aaron & Melissa, Inc., for loss of support, loss of nurture and guidance and monies for a college education in an amount to be determined by a jury together with interest and costs.

**THE CLAIMANTS DEMANDS A TRIAL BY JURY ON ALL ISSUES RAISED IN THIS CLAIM.**

**Respectfully submitted
by the CLAIMANTS, JENNIFER WARD
AND MATTHEW WARD, PERSONAL
REPRESENTATIVES OF THE ESTATE
OF ETHAN MATTHEW WARD**

/s/ Carolyn M. Latti
Carolyn M. Latti
BBO #567394
David F. Anderson
BBO #567994
LATTI & ANDERSON LLP
30-31 Union Wharf

                                                            Boston, MA 02109
                                                            (617) 523-1000

DATED: March 1, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to all counsel of record in the above captioned matter.

                                                          Respectfully submitted for the
                                                          the Plaintiff,

                                                          /s/Carolyn M. Latti
                                                          Carolyn M. Latti