UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In the Matter of the Complaint of ) | |
| ) | |
| BOAT AARON & MELISSA, INC., as owner of ) | Civil Action No.: 2:21-CV-001-JAW |
| the F/V EMMY ROSE (O.N. 909149), a 80' fishing ) | |
| vessel, for Exoneration From, or Limitation of ) | IN ADMIRALTY |
| Liability. ) | |

**ENTRY OF CLERK'S DEFAULT FOR NON-APPEARING PARTIES AND NON-ASSERTED CLAIMS**

This cause having come before the undersigned Clerk of Court on the motion by Boat Aaron & Melissa, Inc. (hereinafter, the "Limitation Plaintiff"), by counsel, for entry of default against non-appearing parties and non-asserted claims, and having reviewed the record herein, the undersigned finds that:

1. On January 4, 2021, the Limitation Plaintiff filed his Complaint for Exoneration from of Limitation of Liability pursuant to the Limitation of Liability Act. *Docket No. 1*.

2. On January 21, 2021, this Honorable Court duly entered its Order Directing Issuance of Notice and Restraining Suits and directed potential claimants to file their claims arising from the loss that occurred on board the Limitation Plaintiff's vessel, F/V EMMY ROSE (O.N. 909149) on January 21, 2021 or be defaulted. *Docket No. 6*.

3. The Order directed the Limitation Plaintiff to publish the notice in the *Portland Herald* newspaper for four [4] consecutive weeks and to mail a copy of the notice to every person known to have made or who may make a claim arising out of the collision no later than the day of the second publication.

4. The Limitation Plaintiff has completed the requirements of the Order by publishing the Notice of Complaint in the *Portland Herald* newspaper for four [4] consecutive weeks,

on January 26, 2021, February 2, 2021, February 9, 2021 and February 16, 2021 and by sending the notice to all potential claimants via regular mail as required by Rule F(4).

5. The deadline for receipt of claims and answers was March 1, 2021. As of that date, claims have been filed by Jennifer Ward and Matthew Ward, personal representatives of the Estate of Ethan Matthew Ward, Ashley Gross as the Representative of the Estate of Michael John Porper, Jr., Ann Preble as Personal Representative of the estate of Robert Blethen, Jr. and Jeffrey Matthews, Jr., as Personal Representative of the Estate of Jeffrey Matthews, Sr.  No other claimants filed claims prior to the March 1, 2021 deadline.

THEREFORE, pursuant to this Honorable Court's January 21, 2021 Order and Notice, default is hereby entered against all other non-claiming parties having an interest in this matter who have not yet appeared and as to all non-asserted claims arising from or in connection with a loss that occurred on board the Plaintiff's vessel, F/V EMMY ROSE (O.N. 909149), on or about November 23, 2020 as more fully described in the Verified Complaint.

SO ORDERED

Dated this 3rd day of March, 2021

                CHRISTA K. BERRY
                CLERK OF COURT

                By: /s/ Teagan Snyder
                    Deputy Clerk