UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In the Matter of the Complaint of ) | |
| ) | |
| BOAT AARON & MELISSA, INC., as owner of ) | Civil Action No.: 2:21-CV-001-JAW |
| the F/V EMMY ROSE (O.N. 909149), a 80' fishing ) | |
| vessel, for Exoneration From, or Limitation of ) | IN ADMIRALTY |
| Liability. ) | |

## JOINT STATUS REPORT AND PROPOSAL FOR FURTHER STATUS

Now comes the Plaintiff, Boat Aaron & Melissa, Inc., as Owner of F/V EMMY ROSE (O.N. 909149), and the Claimants, Jeffrey Matthews, Jr. as Personal Representative of the Estate of Jeffrey Mathews, Sr., deceased, Ann Preble as Personal Representative of the Estate of Robert Blethen, Jr., Deceased, Ashley Gross as the Representative of the Estate of Michael John Proper, Jr., and Jennifer Ward and Matthew Ward, Personal Representatives of the Estate of Ethan Matthew Ward in the above entitled action, by and through their respective undersigned counsel to provide the Court with a Status Report and to request the Parties be allowed to provide a further Status Report by April 2, 2021.

1. Plaintiff has provided a global settlement offer whereby the Plaintiff's protection and indemnity insurance policy limits would be tendered to the Court in exchange for a full release and, to the extent applicable, Court approval of the minors' settlements.

2. The Personal Representatives are conceptually on board with this tender. First, the policy in question is a draw down or wasting policy meaning Plaintiff's continued prosecution of its limitation case depletes the available insurance proceeds for the Estates. Second, the Estates intend to ask the Court to make a determination as to allocation of the proceeds, perhaps through the use of a Magistrate Judge.

3.     The Personal Representatives of Ethan Matthew Ward are awaiting final appointment approval from the Probate Court which is expected within the next approximately three to four weeks.  The parties cannot finalize any agreements on how to proceed until the Personal Representatives are confirmed.

4.     While the Parties really appreciate the Court's prompt attention to this matter, the Parties believe that it is in everyone's best interest for the Court to maintain status quo to preserve everyone's current rights in order to minimize further depletion of the available policy proceeds through motion practice and the filing of further pleadings.  The Parties will provide the Court with a further Status Report on April 9, 2021 concerning how the Parties will proceed.

| | |
|---|---|
| Respectfully submitted,<br>Boat Aaron & Melissa, Inc.,<br>By its counsel, | Respectfully submitted<br>By the Claimants, Jennifer Ward and<br>Matthew Ward, Personal Representatives of<br>The Estate of Ethan Matthew Ward, |
| /s/David S. Smith<br>David S. Smith, Esq.<br>BBO No.: 634865<br>FARRELL SMITH O'CONNELL<br>Aarsheim Aprans, LLP<br>27 Congress Street, Suite 109<br>Salem, Massachusetts 01970<br>978-744-8918 (Tel)<br>978-666-0383 (Fax) | /s/ Carolyn M. Latti<br>Carolyn M. Latti<br>BBO No.: 567394<br>David F. Anderson<br>BBO No.; 567994<br>Latti & Anderson LLP<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617) 523-1000 |
| Respectfully submitted<br>By the Claimant, Ashley Gross,<br>As the Representative of the<br>Michael John Proper, Jr., | Respectfully submitted<br>By Claimant Jeffrey Matthews Jr.<br>As the Representative of as Personal<br>Representative of the Estate of Jeffrey<br>Mathews, Sr. |
| /s/Brian S. McCormick<br>Joseph M. Orlando, Jr.<br>BBO No.: 680995<br>Brian S. McCormick<br>Orlando & Associates, P.C.<br>1 Western Avenue<br>Gloucester, MA 01930<br>(978) 283-8100 | /s/Terrance Duddy<br>R. Terrance Duddy<br>Stephen W. Koerting<br>Kelly, Remmel & Zimmerman<br>53 Exchange Street<br>Portland, ME 04101<br>(207) 775-1020 |

Respectfully submitted,
Ann Preble as Personal Representative
Of the Estate of Robert Blethen, Jr.,

/s/  Dov Sacks
Dov Sacks
ME Bar No. 5500
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME 04243-0961
(207) 784-3576

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was filed on March 10, 2021 through the E-Filing system and will be sent electronically to counsel who are registered participants identified on the Notice of Electronic Filing.

"/s/ David S. Smith"
David S. Smith