UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In the Matter of the Complaint of　　　　) | |
| ) | |
| BOAT AARON & MELISSA, INC. as　　　　) | |
| owner of the F/V EMMY ROSE (O.N.　　　) | CIVIL ACTION NO. 2:21-CV-001-JAW |
| 909149), a 80' fishing vessel, for　　　　　) | |
| Exoneration From, or Limitation of　　　　) | |
| Liability.　　　　　　　　　　　　　　　　) | |

**MOTION FOR INTERVENTION
& INCORPORATED CLAIM FOR WHICH INTERVENTION IS SOUGHT**

NOW COMES Taitum Rice, by and through her attorney and pursuant to Federal Rule of Civil Procedure 24, hereby seeks intervention in the above captioned matter and states the following in support thereof:

Federal Rule of Civil Procedure 24 provides for two methods of intervention.  24(a) provides for intervention of right as follows:

(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:

(a)(2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

24(b) provides for permissive intervention as follows:

(b)(1) In General. On timely motion, the court may permit anyone to intervene who:

(B) has a claim or defense that shares with the main action a common question of law or fact.

(b)(3) Delay or Prejudice. In exercising its discretion, the court must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights.

**Claim for which intervention is sought:**

Taitum Rice is the adult daughter of Robert Blethen.  It is the understanding of undersigned that as an adult, Ms. Rice is not entitled to any compensation in this maritime matter, but may

have a claim in the State Probate Court for any funds set aside to Mr. Blethen's estate. Undersigned understands that the only likely monies to go to the Blethen estate are those set aside for Mr. Blethen's conscious pain and suffering before his death.  As such, Ms. Rice has an interest in maximizing the amount paid to Mr. Blethen's estate for his conscious pain and suffering.

    Because Ms. Rice has an interest in the estate of Mr. Blethen, she has an interest "relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede [her] ability to protect [her] interest…" For that reason, movant submits that she has a right to intervention.

    However, should the Court determine no such right exists, Ms. Rice should be granted permissive intervention as she "has a claim or defense that shares with the main action a common question of law or fact."

    Movant submits that the personal representative of the Blethen estate cannot adequately represent the interest of Ms. Rice, as the personal representative has an interest in keeping any money from going into the estate and being subject to creditors and to division with Ms. Rice.

    Movant also submits that intervention will not unduly delay the action and that intervention will not prejudice the adjudication of the original parties' rights.

    For the reasons set forth herein, Movant respectfully requests to intervene in the above entitled matter.

    WHEREFORE, Movant respectfully requests that this Honorable Court allow her to intervene in the pending matter and issue any further relief as it deems just and proper.

Attorneys: Dov Saks; Terrance Duddy

      Do not object to this Motion

Despite efforts to do so, undersigned has not received the position of the remaining attorneys.

Dated: June 15, 2021　　　　　　　　　　　　　　　　*/s/ Verne Paradie*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Verne E. Paradie, Jr., Esq. (Bar No. 8929)
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant Taitum Rice
　　　　　　　　　　　　　　　　　　　　　　　　　　Paradie, Rabasco & Seasonwein, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　217 Main St., Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　　　Lewiston, ME 04240
　　　　　　　　　　　　　　　　　　　　　　　　　　(207) 333-3583
　　　　　　　　　　　　　　　　　　　　　　　　　　vparadie@lawyers-maine.com

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the above Motion to Intervene with the Clerk of Court using CM/ECF system which will send notification to all parties listed on the electronic service list with the CM/ECF system.

Dated: June 15, 2021　　　　　　　　　　　　　　　　*/s/ Verne Paradie*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Verne E. Paradie, Jr., Esq. (Bar No. 8929)
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant Taitum Rice
　　　　　　　　　　　　　　　　　　　　　　　　　　Paradie, Rabasco & Seasonwein, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　217 Main St., Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　　　Lewiston, ME 04240
　　　　　　　　　　　　　　　　　　　　　　　　　　(207) 333-3583
　　　　　　　　　　　　　　　　　　　　　　　　　　vparadie@lawyers-maine.com