UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In the Matter of the Complaint of ) <br> ) <br> BOAT AARON & MELISSA, INC. as ) <br> owner of the F/V EMMY ROSE (O.N. ) <br> 909149), a 80' fishing vessel, for ) <br> Exoneration From, or Limitation of ) <br> Liability. ) | CIVIL ACTION NO. 2:21-CV-001-JAW |

**MOTION TO STRIKE FILING**

NOW COMES, Claimant Taitum Rice and hereby moves to strike her filing of a Motion to Intervene and states the following in support thereof:

After filing of the motion and discussion with involved counsel, Claimant has decided to withdraw her request to intervene in this matter.

Dated: June 15, 2021  */s/ Verne Paradie*_____
Verne E. Paradie, Jr., Esq. (Bar No. 8929)
Attorney for Claimant Taitum Rice
Paradie, Rabasco & Seasonwein, P.A.
217 Main St., Suite 400
Lewiston, ME 04240
(207) 333-3583
vparadie@lawyers-maine.com

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the above Motion to Strike with the Clerk of Court using CM/ECF system which will send notification to all parties listed on the electronic service list with the CM/ECF system.

Dated: June 15, 2021                                          */s/ Verne Paradie*_____
                                                              Verne E. Paradie, Jr., Esq. (Bar No. 8929)
                                                              Attorney for Claimant Taitum Rice
                                                              Paradie, Rabasco & Seasonwein, P.A.
                                                              217 Main St., Suite 400
                                                              Lewiston, ME 04240
                                                              (207) 333-3583
                                                              vparadie@lawyers-maine.com