UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

In the Matter of the Complaint of        )
                                        )
BOAT AARON & MELISSA, INC., as owner of  )      Civil Action No.: 2:21-CV-001-JAW
the F/V EMMY ROSE (O.N. 909149), a 80' fishing )
vessel, for Exoneration From, or Limitation of   )      IN ADMIRALTY
Liability.                                    )

## JOINT PROPOSED PROCEDURAL ORDER

Now comes the Plaintiff, Boat Aaron & Melissa, Inc., as Owner of F/V EMMY ROSE
(O.N. 909149), and the Claimants, Jeffrey Matthews, Jr. as Personal Representative of the Estate
of Jeffrey Mathews, Sr., deceased, Ann Preble as Personal Representative of the Estate of Robert
Blethen, Jr., Deceased, Ashley Gross as the Representative of the Estate of Michael John Proper,
Jr., and Jennifer Ward and Matthew Ward, Personal Representatives of the Estate of Ethan
Matthew Ward in the above entitled action, by and through their respective undersigned counsel
to provide the Court with the following Proposed Procedural Order.

All claims before the Court arise under the Death on the High Seas Act ("DOHSA").
Plaintiff has provided a global settlement offer whereby the Plaintiff's protection and indemnity
insurance policy limits would be tendered to the Court in exchange for a full release and, to the
extent applicable, Court approval of the minors' settlements. *See* ECF No. 28, ¶ 2. The Personal
Representatives of all the decedents were recently finalized, *see* ECF No. 28, ¶ 1, and the
Claimants ask the Court to make a determination as to the allocation of the proceeds pursuant to
the following procedure:

1.   The assigned Article III Judge will determine the allocation of the proceeds amongst
and between the Claimants after consideration of the parties' written submissions.
The allocation will be pursuant to only those claims allowed by DOHSA.

2. The Claimants will each submit to the Court a written submission no later than September 3, 2021.

3. The parties will compile joint stipulations which will be annexed to the written submission of each Claimant.

4. Each party may submit one rebuttal brief to the Court no later than ten (10) days after the final written submission has been submitted to the Court or ten (10) days from September 3, 2021, whichever occurs first.

5. Because three of the Claimants will be presenting personal information of minor children, the parties will file all written submissions and rebuttal briefs with the Court in camera. Nevertheless, the parties will exchange any written submissions and rebuttal briefs with all other parties.

6. At the time the written submissions are filed with the Court, Plaintiff will inform the Court and the Claimants how much insurance money is available for the Court to allocate.

7. All written submissions, rebuttal briefs, exhibits and other attachments shall conform to the Federal Rules of Evidence unless otherwise stipulated to in the parties' Joint Stipulations.

8. Although the parties intend and agree to have the determination of allocation be made on the written submissions, the Court has the option to schedule any hearing(s), testimonial or otherwise, after reviewing the written submissions and rebuttal briefs.

9. Each party waives any right to appeal the Court's determination of allocation made pursuant to the above procedure.

Respectfully submitted,
Boat Aaron & Melissa, Inc.,
By its counsel,


/s/David S. Smith
David S. Smith, Esq.
BBO No.: 634865
FARRELL SMITH O'CONNELL
Aarsheim Aprans, LLP
27 Congress Street, Suite 109
Salem, Massachusetts 01970
978-744-8918 (Tel)
978-666-0383 (Fax)


Respectfully submitted
By the Claimant, Ashley Gross,
As the Representative of the
Michael John Proper, Jr.,


/s/Joseph M. Orlando, Jr.
Joseph M. Orlando, Jr.
BBO No.: 680995
Brian S. McCormick
Orlando & Associates, P.C.
1 Western Avenue
Gloucester, MA 01930
(978) 283-8100


Respectfully submitted,
Ann Preble as Personal Representative
Of the Estate of Robert Blethen, Jr.,


/s/Dov Sacks
Dov Sacks
ME Bar No. 5500
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME 04243-0961
(207) 784-3576


Respectfully submitted
By the Claimants, Jennifer Ward and
Matthew Ward, Personal Representatives of
The Estate of Ethan Matthew Ward,


/s/Carolyn M. Latti
Carolyn M. Latti
BBO No.: 567394
David F. Anderson
BBO No.; 567994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000


Respectfully submitted
By Claimant Jeffrey Matthews Jr.
As the Representative of as Personal
Representative of the Estate of Jeffrey
Mathews, Sr.


/s/ R. Terrance Duddy
R. Terrance Duddy, MBN
Stephen W. Koerting, MBN 5820
Kelly, Remmel & Zimmerman
53 Exchange Street
Portland, ME 04101
(207) 775-1020

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within document was filed on June 21, 2021 through the E-Filing system and will be sent electronically to counsel who are registered participants identified on the Notice of Electronic Filing.

"/s/ Stephen W. Koerting"
Stephen W. Koerting, MBN 5820
Kelly, Remmel & Zimmerman
53 Exchange Street
Portland, ME 04101
(207) 775-1020
skoerting@krz.com