UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In the Matter of the Complaint of )<br>)<br>BOAT AARON & MELISSA, INC., as owner of )<br>the F/V EMMY ROSE (O.N. 909149), a 80' fishing )<br>vessel, for Exoneration From, or Limitation of )<br>Liability. ) | Civil Action No.: 2:21-CV-001-JAW<br><br>IN ADMIRALTY |

**JOINT SUPPLEMENT TO PROPOSED PROCEDURAL ORDER**

Now comes the Plaintiff, Boat Aaron & Melissa, Inc., as Owner of F/V EMMY ROSE (O.N. 909149), and the Claimants, Jeffrey Matthews, Jr. as Personal Representative of the Estate of Jeffrey Mathews, Sr., deceased, Ann Preble as Personal Representative of the Estate of Robert Blethen, Jr., Deceased, Ashley Gross as the Representative of the Estate of Michael John Proper, Jr., and Jennifer Ward and Matthew Ward, Personal Representatives of the Estate of Ethan Matthew Ward in the above entitled action, by and through their respective undersigned counsel to jointly provide the Court with this Supplement to the previously-filed Proposed Procedural Order (ECF No. 34) to respond to the questions raised by the Court at the Conference of Counsel, *see* Minute Entry (ECF No. 35).

First, the Parties request that a Consent Judgment be entered capping Plaintiff, its officers, directors, employees, Bartley McNeel, Newbold Rick Varian, III, and agents liability to the value of the Plaintiff's protection and indemnity insurance policy limits less any erosion. The Parties further request that the Consent Judgment allocate the remaining value of the Plaintiff's protection and indemnity insurance policy limits to the Claimants. Further, the Parties agree that this Court shall retain jurisdiction of all post-judgment matters, including enforcement of the Consent Judgment, pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

Second, the Parties agree that liability, including but not limited to comparative fault, is not an issue before the Court in its determination of allocation. The only issue before the Court for allocation pursuant to the Proposed Procedural Order, ECF No. 34, is damages under the Death on the High Seas Act ("DOHSA") and Jones Act.

Third, the Parties recognize and acknowledge that an award of conscious pain and suffering is awarded to the decedent's estate.

Fourth, the Parties agree to proceed pursuant to Local Rule 41.2 regarding Court Approval of Settlements on Behalf of Minors. No later than three (3) weeks after the entry of the Court's Consent Judgment, those Claimants to whom sums are allocated on behalf of minor children will file the motion(s), document(s), and/or information required by Local Rule 41.2(1)-(6). Following entry of an order approving the allocation on behalf of minors, the same Claimants will comply with the requirement(s) of Local Rule 41.2(7) within the timeframe required by Local Rule 41.2(7).

The above agreements of all parties are provided to the Court consistent with, and supplemental to, the Proposed Procedural Order (ECF No. 34). Unless the Court believes that another hearing and/or conference is necessary or appropriate, the Parties jointly request that the Court enter the Procedural Order as proposed (ECF No. 34) and as supplemented above.

| | |
|---|---|
| Respectfully submitted,<br>Boat Aaron & Melissa, Inc.,<br>By its counsel, | Respectfully submitted<br>By the Claimants, Jennifer Ward and<br>Matthew Ward, Personal Representatives of<br>The Estate of Ethan Matthew Ward, |
| /s/ David S. Smith<br>David S. Smith, Esq.<br>BBO No.: 634865<br>FARRELL SMITH O'CONNELL<br>Aarsheim Aprans, LLP | /s/ Carolyn M. Latti<br>Carolyn M. Latti<br>BBO No.: 567394<br>David F. Anderson<br>BBO No.; 567994 |

| | |
|---|---|
| 27 Congress Street, Suite 109<br>Salem, Massachusetts 01970<br>978-744-8918 (Tel)<br>978-666-0383 (Fax) | Latti & Anderson LLP<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617) 523-1000 |
| Respectfully submitted<br>By the Claimant, Ashley Gross,<br>As the Representative of the<br>Michael John Proper, Jr., | Respectfully submitted<br>By Claimant Jeffrey Matthews Jr.<br>As the Representative of as Personal<br>Representative of the Estate of Jeffrey<br>Mathews, Sr. |
| /s/ Joseph M. Orlando, Jr.<br>Joseph M. Orlando, Jr.<br>BBO No.: 680995<br>Brian S. McCormick<br>Orlando & Associates, P.C.<br>1 Western Avenue<br>Gloucester, MA 01930<br>(978) 283-8100 | /s/ R. Terrance Duddy<br>R. Terrance Duddy, MBN<br>Stephen W. Koerting, MBN 5820<br>Kelly, Remmel & Zimmerman<br>53 Exchange Street<br>Portland, ME 04101<br>(207) 775-1020 |

Respectfully submitted,
Ann Preble as Personal Representative
Of the Estate of Robert Blethen, Jr.,

/s/ Dov Sacks
Dov Sacks
ME Bar No. 5500
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME 04243-0961
(207) 784-3576

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the within document was filed on July 7, 2021 through the E-Filing system and will be sent electronically to counsel who are registered participants identified on the Notice of Electronic Filing.

    "/s/ Stephen W. Koerting"
Stephen W. Koerting, MBN 5820
Kelly, Remmel & Zimmerman
53 Exchange Street
Portland, ME 04101
(207) 775-1020
skoerting@krz.com